IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK EDMUNDS,**<br>　　　　　**Petitioner,** | **CIVIL ACTION** |
| v. | |
| **SUPERINTENDENT ERIC TICE,**<br>　　　　　**Respondent.** | **NO.  19-1656** |

## O R D E R

**AND NOW**, this 17th day of November, 2020, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart an no timely objections having been filed to the Report and Recommendation, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of habeas corpus is **GRANTED** with respect to Petitioner's claim that trial counsel was ineffective for failing to object to the reasonable doubt jury charge given at his trial.

3. Within one-hundred eighty (180) days the Commonwealth shall give Petitioner a new trial or release him from custody.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/Wendy Beetlestone, J.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**